

# Unsworn Declaration By Offender

I Stephen Richardson , T.D.C.J# 1795088 being Presently incarcerated in the Wayne Scott facility located and Brazoria County, Angleton, Texas declare under Penalty of Perjury that the foregoing instrument is true and Correct.

Signed on this the 1 Th day of January 2015

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 05 2015

Abel Acosta, Clerk

Stephen Richardson
Appellant

Stephen Richardson
V

THE STATE OF TEXAS

In THE 399ᵀʰ DISTRICT COURT
OF
Bexar County, Texas

## STATEMENTS OF FACTS

On and about time and date August 2-10 time 2054 I was arrested while infront of my residents for assault I.B.d case # 00578308 and handcuff, then the arresting officer MR George Sadler tooken me back to the seen of the crime and change the offense to Agg assault S.B.I Case No. CR-75824. I went then too the interagtion dept. on 101 W. Nueva for questioning between 6-8 hours and was being video tap I went to the Majistrate dudge on S. Frio and was set a Bond for Agg assault which was set for 75,000 then the Next day which was August 3-10 I was call to the Booking desk at the Bexar County dail on 200 N. comal, San Antonio, Tx 78205 and spoke to a Majistrate dudge Andrew Carruthers, threw video Tv. Screen on August 3-10 he Stated that my charge had been enhance to MURDER Penal code 19.02 Cause No. 2010 CR-10629 and my bond was set at 75,000 now October 25-10 I was indicted for the offense of MURDER Penal code 19.02 Cause No 2010 CR-10629 Plus I was given a reduction of Bond by this same dudge Andrew Carruthers on Apirl 1-2011 for the offense of MURDER, which was the amount of 50,000 I went to Trial and May 1-12 threw May 8-12 my Trial attorney was Michael L. Cohen, and the to eye witnesses for the State was MR MARK Bishop and MR Robert Cadena my attorney Cross examine the eye witness MR Robert Cadena he admit that he embellished the accoun to the 911 Operator to get faster Police respone embellish- enhance with fictitious add-itions, also my Clothe's and dewelry was used and a Video tap doing trial, the dury rule not Guilty doing trial and the dudge duanita A. Vasquez Gardner was the Trial dudge 399ᵀʰ District Court dudicial District of Bexar County, Texas 78205 the dudge Dismissed and Aqcuitted to Case. the Prosecutor Bill Pennington and Steven Speir use Perjury to convict me of Manslaughter, I was Never reindicted and Plus the dudge told the dury if they couldn't found me Guilty of MURDER to see if they Could find me Guilty of a lesser of offense like Manslaughter, Please let the record show that the Complaintant duan Duron was intoxicated to the Point where he was not even able to drive, Though Medical examiner DR Jennifer Rulon testified that when she Peformed the outopsy on Duron Body she observed both significant external and internal injuries.

1)

However DR Rulon also testified that Duron alcohol level was three times Over the legal limit and he also had been Using the drug Namely (Marijuana) Statistics will show that alcohol is the Number one Killer in America, and when combined with Marijuana can be a leathal mind alternating combination, and can and will Cause Unconsciouness in the event of Over indulging and or abuse. Also the record will reflect how the testimony of the two eye witnesses differ one MR Mark Bishop and one MR Robert Cadena. the record will reflect Cadena testified that he watched the whole event unfold, he stated he saw MR Richardson Hit MR Duron 2 times in the face with his fist. He said Duron appeared to be unconscious after the second hit. then as Duron started to fall MR Richardson allegedly was suppose to have Caught him before he hit the ground and slammed his head into the Pavement. the testimony of MR Mark Bishop would be that MR Richardson appeared to be upset and wanting to hurt some Body as he approached Durons Vechicle, Bishop testified that MR Richardson Pointed his finger at Duron gesturing back and forth, he also testified that Richardson struck Duron twice and he fell to the ground, also about a month and a half Bishop would state to D.A. investigator George Sadler that MR Richardson after Punching Duron threw him down to the ground Once again on eye witness testimony has taken a change of events. It is evident and Crystal clear that MR Richardson has been a Victim of Coerced and fictitious testimony by two eye Witnesses one MR Robert Cadena and MR Mark Bishop were friends at that time and after comming to the Knowledeg of the difference in One anothers story somehow came together to repair the truth with a lie. also the defendant/Appellant would ask that the alcohol level and the drug consumption be taken into consideration in the Unconsciouness of MR duan Duron as the definition of abuse and Over indulgance can Cause the mind to be altered therefore deaming MR Duron already Unconscious of his where about and also to have him exit his Vechicle in the Lane of traffic to Pic flower the defendant/Appellant MR Stephen Richardson would like to Put into question all the Statements of facts Mentioned in the letter of affidavit to show the Court that he did not intentionally and Knowingly Cause the death of duan Duron and that his state of mind (duan Duron) was the actual contribution of his Cause of death.

MR Richardson would also call to the courts attention to the fact that he is a indigent and unable to attain Counsel on his behalf. He would also bring into Court that the Prior attorney's that he has Neither of them ever Pointed out these facts In full detail only in a brief mentioning to satify that fact that they were obligated to defend him, Therefore deaming him a Candidate for a Unfair trial, and an Unfair argement in his appeal.

## Prayers

Wherefore, Premises Considered defendant respectfully Prays that this Court grant to the defendant the relief he seeks by exonerating him in this Cause of action for the evidence be insufficient showing reasonable doubt of his guilt of Manslaughter and the Constitutional Violation showing Prejudice as well double Jeopardy that this Court set an immediate hearing in this defendant be release from Custody

## Certificate of Service

I  Stephen Richardson  defendant/Appellant in Appeals No 04-12-00379-CR Certify that on this the _8_Th day of December 2014, a true and Correct copy of the foregoing letter of affidavit Statements of facts has been mailed to Bill Pennington, assistance office of the Bexar County District Attorney Criminal Justice Center 300 Dolorosa, San Antonio, Texas 78205

Stephen Richardson
Defendant / Appellant

3),

Defendant: STEPHEN RICHARDSON
JN #: 1429135-1
**CLERK'S ORIGINAL**

Address: 115 N PLAZA, SAN ANTONIO, TX 78227-5208

Complainant: Juan Duran

CoDefendants:

Offense Code/Charge: 090420 MURDER

PH Court: 399    SID #:357514

GJ: 526656
Court #: 399th

Witness: State's Attorney

FILED
O'CLOCK_____M
OCT 2 5 2010
MARGARET G. MONTEMAYOR
DISTRICT CLERK
BEXAR COUNTY, TEXAS
_____
DEPUTY

Cause #: 2010-CR-10629

TRUE BILL OF INDICTMENT

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS, the Grand Jury of Bexar County, State of Texas, duly organized, empanelled and sworn as such at the September term, A.D., 2010, of the 186th Judicial District Court of said County, in said Court, at said term, do present in and to said Court that in the County and State aforesaid, and anterior to the presentment of this indictment:

Count 1

Paragraph A

on or about the 3rd Day of August, 2010, STEPHEN RICHARDSON, did intentionally and knowingly cause death of an individual, namely, Juan Duran, hereinafter referred to as complainant, by STRIKING AND GRABBING AND THROWING THE COMPLAINANT WITH A DEADLY WEAPON, NAMELY, THE HAND OF THE DEFENDANT, THAT IN THE MANNER OF ITS USE AND INTENDED USE WAS CAPABLE OF CA DEATH AND SERIOUS BODILY INJURY;

Paragraph B

And on or about the 3rd Day of August, 2010, STEPHEN RICHARDSON, with intent to cause serious injury to an individual, namely, Juan Duran, hereinafter referred to as complainant, did commit an act dangerous to human life that caused the death of Juan Duran, by STRIKING AND GRABBING AND THROWING THE COMPLAINANT WITH A DEADLY WEAPON, NAMELY, THE HAND OF THE DEF THAT IN THE MANNER OF ITS USE AND INTENDED USE WAS CAPABLE OF CAUSING DEATH SERIOUS BODILY INJURY;

**INDICTMENT – CLERK'S ORIGINAL**

**Defendant:** STEPHEN RICH... DSON
**JN #:** 1429135-1

## ENHANCEMENT ALLEGATION

And it is further presented in and to said Court, that before the commission of the offense alleged above, hereafter styled the primary offense, on the 2nd of NOVEMBER A.D., 1984 in Cause No. 1984CR0901 W, in Bexar County, Texas, the defendant was convicted of the felony of BURGLARY OF A HABITATION

Before the commission of the primary offense, and after the conviction in Cause No. 1984CR0901 W was final, the defendant committed the felony of THEFT $750 20000 ST PROP POSSE and was convicted on the 13th day of JUNE, A.D., 1994 in Cause No. 93CR8484, in Bexar County, Texas;

AGAINST THE PEACE AND DIGNITY OF THE STATE.

Foreman of the Grand Jury




Copys

NEXT CASE:

| DISP | SVC | CASE | X-ASGMNT | OFFENSE-DESC | DATE | TIME | USER-ID | STATION | UNIT |
|------|-----|------|----------|--------------|------|------|---------|---------|------|
| N 05 | | 0057830 8 | | 05E ASSAULT | 08-02-10 | 2054 | XXXX | ** | * |

PUNIT DIST    OVR HSE/BLK STREET/PLACE    APT NO   BLDG   INTERSECTION   TYP PRI 911
    5130                    EB NEW HY 90 W                        MILITARY DR W    I

REPORTED BY                    HSE NO STREET NAME   APT NO   TELEPHONE      CASE FLAG
CADENA, ROBERT                 UNK                                990  3195

DETAILS:
CALLER SAW 2 BMS IN WHITE SUBURBAN W/20 INCH RIMS GET OUT OF
VEH AFTER BEING CUT OFF BY A BROWN JEEP CHEROKEE AND BEAT DRIVER UNTIL
DRIVER WAS BLEEDING AND UNCONSCIOUS/ONE OF BLK MALES COMMITTED ASSAULTED
AND ONE STOOD THERE WITH A PISTOL/SUBJS DROVE OFF AND C WENT TO HOUSE TO
USE PHONE /TRAFFIC IS AT LOC -SERVICE 897 LOOKING FOR MV -PED


LIC/SDC306      LIS/      VYR/      VMA/      VMO/      VST/PC   VCO/      OVER/
DISPOSITION 08-02-10 2057 XXXX AG ISN 7038362  LAST UPD 08-02-10 2121 XXXX AG
RETURN CALL--ADDED RETURN CALL INFORMATION TO PREVIOUS WRITTEN RE
PRESS PA1 FOR NEXT PAGE





DEFENDANT'S
EXHIBIT
2
5/3/2012